# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| STEPHANIE MATTHIESEN,<br>*Plaintiff*<br>v.<br><br>AUTOZONERS, LLC,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:15-CV-0080-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendant's Motion for Summary Judgment (ECF No. 20) is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   on motion for Summary Judgment (ECF No. 20)

Date: April 18, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen